1

2                        UNITED STATES DISTRICT COURT

3                      NORTHERN DISTRICT OF CALIFORNIA

4

5                                      )
   JAMES JOHNSON, et al.,              )      No. C-06-5907 SC
6                                      )
                                       )
7            Plaintiff,                )
8                                      )      ORDER OF
        v.                             )      DISQUALIFICATION
9                                      )
                                       )
10   A.O. SMITH CORPORATION, et al.,   )
                                       )
11                                     )
                                       )
12           Defendant.                )
                                       )
13   _____)

14

15       I, the undersigned Judge of the Court, finding myself

16   disqualified in the above-entitled action within the meaning of

17   General Order 44(E)(2) of the Assignment Plan of this Court,

18   request that this case be reassigned.

19

20       **IT IS SO ORDERED.**

21       Dated: September 27, 2006

22

23                                     _Samuel Conti_

24                                     _____

25                                     UNITED STATES DISTRICT JUDGE

26

27

28

United States District Court
For the Northern District of California