Albert B. Norris (SBN 34756)
Stephen G. Blitch (SBN 70193)
Daniel J. Valim (SBN 233061)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone: 510.763.2000
Facsimile: 510.273.8832

Attorneys for Lincoln Electric Holdings; The ESAB Group, Inc (erroneously named as "ESAB Group, Inc., as itself and successor to Alloy Rods Inc. and L-TEC Welding and Cutting Systems, Inc."); The Lincoln Electric Company; A.O. Smith Corporation; Praxair, Inc. (erroneously named as "Praxair, Inc., as successor to Linde Air Products"); Union Carbide Corporation (erroneously named as "Union Carbide Corporation, as successor to Linde Air Products and Haynes Satellite Works"); Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse; Hobart Brothers Company (erroneously named as "Hobart Brothers Company, as itself and successor to Teledyne McKay, Inc." and "McKay Welding Products"); The BOC Group, Inc. f/k/a Airco, Inc. (erroneously named as "AIRCO/The BOC Group, Inc., as itself and as successor to Airco, Inc. (f/k/a Air reduction Co.) and Wilson Welder & Metal Co."); Allegheny Technologies, Inc.; Lincoln Global, Inc.; Sandvik, Inc. (erroneously named as "Sandvik Materials Technology Company"); and Airgas Gulf-States, Inc. and BOC, Inc. (served herein as "BOC Financial Corporation (Former Name) BOC, Inc.(True Name)")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON, an individual and MAXINE JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>A.O. SMITH CORPORATION; ADAMS HARD-FACING COMPANY, INC.; AIR | No.: C06-05907 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS**<br><br>Honorable Samuel Conti |

| | |
|---|---|
| 1 | PRODUCTS & CHEMICALS, INC.; AIRCO INC.; AIRCO/THE BOC GROUP, INC., as itself |
| 2 | and as successor to Airco, Inc. (f/k/a Air Reduction Co.) and Wilson Welder & Metal Co.; |
| 3 | AIRGAS-GULF STATES, INC.; ALLEGHENY TECHNOLOGIES, INC. as successor to |
| 4 | Teledyne-McKay Welding Products; AVESTA POLARIT, INC.; BOC FINANCIAL CORP.; |
| 5 | THE BOC GROUP, INC.; CATERPILLAR, INC.; THE ESAB GROUP, INC.; ESAB |
| 6 | GROUP, INC., as itself and as successor to Alloy Rods Inc., and L-TEC Welding and Cutting |
| 7 | Systems, Inc.; GENERAL ELECTRIC COMPANY; HAYNES INTERNATIONAL, |
| 8 | INC.; HOBART BROTHERS COMPANY, as itself and as successor to Teledyne McKay, Inc.; |
| 9 | ILLINOIS TOOL WORKS, INC., as successor to Hobart Brothers Corp., Teledyne McKay, Inc. and |
| 10 | Miller Electric Manufacturing Corp.; THE LINCOLN ELECTRIC COMPANY LINCOLN |
| 11 | ELECTRIC HOLDINGS; LINCOLN GLOBAL, INC., also known as Seal Seat Corporation; |
| 12 | MCKAY WELDING PRODUCTS; METROPOLITAN LIFE INSURANCE |
| 13 | COMPANY; MILLER ELECTRIC MANUFACTURING CO., INC ; PRAXAIR, |
| 14 | INC., as successor to Linde Air Products; RANKIN INDUSTRIES, INC.; STOODY |
| 15 | COMPANY, as itself and as successor to the Deloro Stellite Company; THERMADYNE |
| 16 | HOLDINGS CORPORATION, as itself and as successor to the Deloro Stellite Company, Stoody |
| 17 | Company, and Tweco Products, Inc.; UNION CARBIDE CORPORATION, as successor to |
| 18 | Linde Air Products and Haynes Stellite Works; VIACOM, INC.; WESTINGHOUSE ELECTRIC |
| 19 | CORPORATION; J.W. HARRIS COMPANY, INC.; OLSON AND CO. STEEL, individually |
| 20 | and as successor-in-interest to BOSTROM-BERGEN METAL PRODUCTS; BOSTROM- |
| 21 | BERGEN METAL PRODUCTS; VICTOR EQUIPMENT COMPANY; HUNTINGTON |
| 22 | ALLOYS CORPORATION f/k/a Inco Alloys International Inc.; SANDVIK MATERIALS |
| 23 | TECHNOLOGY COMPANY; THERMADYNE INDUSTRIES aka Stoody; EAST BAY |
| 24 | WELDING SUPPLY, INC.; CALIFORNIA WELDING SUPPLY COMPANY; GENUINE |
| 25 | PARTS COMPANY; and Does 1-1000, |
| 26 | Defendants. |
| 27 | |
| 28 | |

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
2  attorneys of record that all proceedings in this matter be stayed pending a transfer of this action to
3  <u>In re Welding Fume Products Liability Litigation</u>, MDL No. 1535 (N.D. Ohio).
4
5  Throughout the period during which the transfer is pending, the parties stipulate to a stay of
6  Defendants' obligation to respond to the complaint and of the parties' right to propound discovery.
7  During this period, the parties respectfully request that this Court refrain from issuing any
8  scheduling orders in this matter, including but not limited to case management orders and orders
9  pertaining to Alternative Dispute Resolution. Furthermore, any and all case management
10  conferences currently on calendar are now removed.
11
12  SO STIPULATED AND AGREED
13
14  DATED: October 18, 2006.
15
16  REED SMITH LLP
17  By_____
18  Albert B. Norris
    Stephen G. Blitch
19  Daniel J. Valim
20  Attorneys for Lincoln Electric Holdings; The ESAB
    Group, Inc (erroneously named as "ESAB Group,
21  Inc., as itself and successor to Alloy Rods Inc. and
    L-TEC Welding and Cutting Systems, Inc."); The
22  Lincoln Electric Company; A.O. Smith
    Corporation; Praxair, Inc. (erroneously named as
23  "Praxair, Inc., as successor to Linde Air Products");
    Union Carbide Corporation (erroneously named as
24  "Union Carbide Corporation, as successor to Linde
    Air Products and Haynes Satellite Works"); Viacom
25  Inc., successor by merger to CBS Corporation, f/k/a
    Westinghouse; Hobart Brothers Company
26  (erroneously named as "Hobart Brothers Company,
    as itself and successor to Teledyne McKay, Inc."
27  and "McKay Welding Products"); The BOC Group,
    Inc. f/k/a Airco, Inc. (erroneously named as
28  "AIRCO/The BOC Group, Inc., as itself and as
    successor to Airco, Inc. (f/k/a Air reduction Co.)
    and Wilson Welder & Metal Co."); Allegheny

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

C06-05907 MJJ  — 3 —  DOCSOAK-9848658.1
Stipulation And [Proposed] Order Staying Proceedings

| | |
|---|---|
| 1 | Technologies, Inc.; Lincoln Global, Inc.; Sandvik, Inc. (erroneously named as "Sandvik Materials Technology Company"); and Airgas Gulf-States, Inc. and BOC, Inc. (served herein as "BOC Financial Corporation (Former Name) BOC, Inc.(True Name)") |

DATED: 10-8-06

GREENE BROILLET & WHEELER, LLP

By _____
Bruce Fishelman
Helaine Hatter
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 11/6/2006

By _____
U.S. District Judge, Martin J. Jenkins

C06-05907 MJJ

— 4 —

Stipulation And [Proposed] Order Staying Proceedings

DOCSOAK-9848658.1