

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 20 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1535

C 06-5907 MJJ

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-45)

On June 23, 2003, the Panel transferred three civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 269 F.Supp.2d 1365 (J.P.M.L. 2003). Since that time, 369 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Kathleen McDonald O'Malley.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge O'Malley.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 23, 2003, and, with the consent of that court, assigned to the Honorable Kathleen McDonald O'Malley.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 6 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-45 - TAG-ALONG ACTIONS
## DOCKET NO. 1535
## IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

CALIFORNIA EASTERN
  CAE  1  06-1335          Gary Fowler v. Lincoln Electric Holdings, Inc., et al.

CALIFORNIA NORTHERN
  CAN  3  06-5907          James Johnson, et al. v. A.O. Smith Corp., et al.
  CAN  4  06-5906          Egidio Ramos, et al. v. A.O. Smith Corp., et al.

FLORIDA MIDDLE
  FLM  8  06-1450          Ernest Lee Becoate v. Lincoln Electric Co., et al.

MISSISSIPPI SOUTHERN
  MSS  5  06-138           Charles Holmes, Sr. v. Airgas-Gulf States, Inc., et al.
  MSS  5  06-139           Joe T. Ryals, Jr. v. Airgas-Gulf States, Inc., et al.

PENNSYLVANIA EASTERN
  ~~PAE  2  06-4669~~          ~~Irwin L. Ginsberg, et al. v. A.O. Smith Corp., et al.~~  Opposed 12/06/06
  ~~PAE  2  06-4670~~          ~~James C. Hollywood, et al. v. A.O. Smith Corp., et al.~~  Opposed 12/06/06
  ~~PAE  2  06-4671~~          ~~Anthony Alfonso, Sr., et al. v. A.O. Smith Corp., et al.~~  Opposed 12/06/06

United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

December 13, 2006

Richard W. Wieking, Clerk
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: **MDL 1535 Welding Rod Products Liability Litigation**

| Transfer of Civil Cases | CAN# |
|---|---|
| **Johnson, et al v A.O. Smith Corp.** | 3:06-5907 |
| **Ramos, et al v A.O. Smith Corp.** | 4:06-5906 |

Dear Sir/Madam:

Enclosed is a certified copy of Conditional Transfer Order (CTO-45) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable Kathleen McDonald O'Malley is to preside over this litigation.

**Once case has been closed in your District please e-mail the Northern District of Ohio Clerk's Office at the e-mail addresses listed below. We will retrieve documents electronically.**

Northern District of Ohio case numbers will be assigned upon receipt of records.

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By *Jennifer Smolinski*
Renee Schumitsh
MDL Coordinator
(216) 357-7017

**Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov**